```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22108
   DON JENNINGS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1242


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/26/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG          .00              .00             .00
LITTON LOAN SERVICING      MORTGAGE ARRE          .00              .00             .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG          .00              .00             .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE      1079.00              .00             .00
ADP/HIGHLAND               UNSECURED         NOT FILED             .00             .00
AMERICAN EXPRESS           UNSECURED         NOT FILED             .00             .00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED             .00             .00
AMERICAN GENERAL FINANCE   UNSECURED          4666.48              .00             .00
ARCHER HEIGHTS C U         UNSECURED         NOT FILED             .00             .00
CREDIT ONE BANK            UNSECURED         NOT FILED             .00             .00
ROUNDUP FUNDING LLC        UNSECURED           980.24              .00             .00
CHASE BANK USA NA          UNSECURED          1544.33              .00             .00
CITIFINANCIAL SERVICES I   UNSECURED         NOT FILED             .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED             .00             .00
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED             .00             .00
GMAC                       UNSECURED         NOT FILED             .00             .00
MEADOWS CREDIT UNION       UNSECURED          4208.55              .00             .00
MONTEREY FINANCIAL         UNSECURED          4500.00              .00             .00
PROGRESSIVE INSURANCE      UNSECURED         NOT FILED             .00             .00
NICOR GAS                  UNSECURED         NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         NOT FILED             .00             .00
GEMB/SAMS CLUB             UNSECURED         NOT FILED             .00             .00
WF FINANCE                 UNSECURED         NOT FILED             .00             .00
WFNNB/ HARLEM FURNITURE    UNSECURED         NOT FILED             .00             .00
ALLIANT CREDIT UNION       SECURED NOT I         .00              .00             .00
MONTEREY FINANCIAL         SECURED NOT I     2427.00              .00             .00
CHASE BANK USA NA          SECURED NOT I      696.54              .00             .00
BENNIE W FERNANDEZ         DEBTOR ATTY          .00                               .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22108 DON JENNINGS
```

```
TRUSTEE                                                 .00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                            ---------------    ---------------
TOTALS                                                  .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 05/23/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                                  PAGE   2
          CASE NO. 07 B 22108 DON JENNINGS